IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN MOTKOWICZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICE, INC.,<br><br>Defendant. | Civil Action No. 2:20-cv-05375-GAM |

### NOTICE OV VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Stephen Motkowicz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action in its entirety without prejudice, with each party to bear its own attorney's fees and costs.

Date: June 4, 2021

Respectfully Submitted,

By: /s/ John A. Yanchunis
John A. Yanchunis
Ryan J. McGee
Francesca Kester (I.D. No. 324523)
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
(813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

Kevin Clancy Boylan (I.D. No. 317114)
Morgan & Morgan
1800 JFK Blvd., Suite 1400
Philadelphia, PA  19103
(215) 446-9795
kboylan@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 4, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

s/ John A. Yanchunis
John A. Yanchunis
